# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MICHELLE LYNN VITOLA and ERIC VITOLA,

        Plaintiffs,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

        Defendant.

Case No:  5:20-CV-618

## JOINT NOTICE OF RESOLUTION

Pursuant to Rule 3.09, Local Rules of the Court, the undersigned parties hereby give notice to the Court that they have resolved all of this civil action, with the resolution contingent on the performance of executory settlement terms.

Respectfully submitted on this 13th day of December 2021.

**Lowman Law Firm**

By: */s/ J. Alexander Lao*
    J. Alexander Lao
    Trial Counsel
    Florida Bar No. 177131
    **Lowman Law Firm**
    31 South Main St.
    Brooksville, FL  34601
    Tel: (352) 796-0016
    Facsimile: (352) 796-7414
    pleadings@lowmanlawfirm.com;
    michelle@lowmanlawfirm.com
    *Counsel for Plaintiffs,*
    *MICHELLE LYNN VITOLA*
    *and ERIC VITOLA*

**Cole, Scott & Kissane, P.A.**

By: */s/ Brian T. Barriffe*
    David R. Evelev
    Trial Counsel
    Florida Bar No. 869170
    Suzanne Hernandez
    Florida Bar No. 10423
    Brian T. Barriffe
    Florida Bar No. 1024874
    **Cole, Scott & Kissane, P.A.**
    Tower Place, Suite 400
    1900 Summit Tower Boulevard
    Orlando, Florida 32810
    Tel: (321) 972-0095

Case No. 5:20-CV-618

Fax: (321) 972-0099
david.evelev@csklegal.com
suzanne.hernandez@csklegal.com
brian.barriffe@csklegal.com
*Counsel for Defendant,*
*PROGRESSIVE AMERICAN*
*INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Joint Notice of Resolution was filed with the Clerk of Court via the CM/ECF e-Filing Portal and that a true and correct copy of the foregoing was served upon all parties who have registered for electronic service on this 13th day of December 2021.

 /s/ *Brian T. Barriffe*
Brian T. Barriffe
